**Order entered September 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00240-CV

**TIFFANY POLLARD, INDIVIDUALLY AND AS TRUSTEE OF THE
MARIE MERKEL CHILDREN'S TRUST, Appellant**

**V.**

**RUPERT M. POLLARD, Appellee**

**On Appeal from the 95th District Court
Dallas County, Texas
Trial Court Cause No. DC-18-12515**

## ORDER

Before the Court is appellant's September 10, 2019 unopposed motion for an extension of time to file her reply brief. We **GRANT** the motion and extend the time to **October 17, 2019**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE